## ROMO v. STATE.
### No. 18398.

Court of Criminal Appeals of Texas.
June 3, 1936.

Wm. B. Miller and O. M. Street (of Wheeler & Street), both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for ten years.

The evidence that was heard before the trial judge is not brought up for review. In the absence of the evidence, none of the matters of which complaint is made can be appraised. We are therefore constrained to affirm the judgment of conviction. It is so ordered.